IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARK DUFFY, as Personal Representative of the Estate of Thomas Duffy, on behalf of the Heirs and the Estate of Thomas Duffy, and CENTRAL COPTERS, INC., a Montana corporation,<br><br>Plaintiffs,<br><br>-vs-<br><br>KAMAN AEROSPACE CORPORATION, a Delaware corporation,<br><br>Defendant. | CV-21-71-BU-BMM<br><br>**ORDER** |

Defendant has moved for an order allowing Kevin M. Smith, Esq., and Robyn E. Gallagher, Esq. to appear *pro hac vice* in this case with Mark Williams, Esq., designated as local counsel. (Docs. 12 and 13.) The applications of Mr. Smith and Ms. Gallagher appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motions to allow Mr. Smith and Ms. Gallagher to appear on their behalf (Docs. 12 and 13) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Smith and Ms. Gallagher must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Mr. Smith and Ms. Gallagher, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 9th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court