# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually as Personal Representative of the Estate of Thomas Duffy, on behalf of Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation,<br><br>    Plaintiffs,<br><br>    -vs-<br><br>KAMAN AEROSPACE CORPORATION, a Delaware corporation,<br><br>    Defendant. | CV 21-71-BU-BMM<br><br>**ORDER GRANTING JOINT UNOPPOSED MOTION TO AMDEND SCHEDULING ORDER AND FOR EXTENSION OF TIME** |

Based on the parties' unopposed Joint Motion to Modify Scheduling Order and Extend Deadlines, and good cause appearing.

IT IS HEREBY ORDERED that the following deadlines are hereby extended to:

1. Liability experts shall be disclosed on or before August 3, 2023.

2. Plaintiffs shall disclose damages experts (with Rule 26(a)(2) reports) on or before August 3, 2023.

1

3. Defendant shall disclose damages experts (with Rule 26(a)(2) reports) on or before September 5, 2023.

4. All parties shall disclose rebuttal experts on or before October 16, 2023.

5. Discovery shall close on January 30, 2024.

6. All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before March 4, 2024.

7. An attorney conference shall be held to discuss preparation of the final pretrial order on or before April 15, 2024.

8. The proposed final pretrial order shall be due on or before April 29, 2024.

9. Final Pretrial Conference on: May 16, 2024 at 1:30 in Butte, MT

10. Trial briefs and jury instructions due: May 21, 2024

11. Trial: May 28, 2024 at 9:00 a.m. at the Federal Courthouse in Butte, MT.

DATED this 31st day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court