## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

ROBYN DUFFY, individually as Personal
Representative of the Estate of Thomas
Duffy, on behalf of the Estate of Thomas
Duffy and the heirs of Thomas Duffy, C.D.,
S.D., and M.D., the minor children of Robyn
and Thomas Duffy and MARK DUFFY and
PAM DUFFY, the parents of Thomas
Duffy; and CENTRAL COPTERS, INC., a
Montana corporation,

     Plaintiffs,

     -vs-

KAMAN AEROSPACE CORPORATION,
a Delaware corporation,

     Defendant.

**CV 21-71-BU-BMM**

**ORDER GRANTING JOINT
MOTION TO MODIFY
SCHEDULING ORDER AND
EXTEND DEADLINES**

Based on the parties' unopposed Joint Motion to Modify Scheduling Order

and Extend Deadlines, and good cause appearing, IT IS HEREBY ORDERED that

the following deadlines are hereby extended to:

1.  Liability experts shall be disclosed on or before June 28, 2024.

2.  Plaintiffs shall disclose damages experts (with Rule 26(a)(2) reports) on or

    before June 28, 2024.

3.  Defendant shall disclose damages experts (with Rule 26(a)(2) reports) on or

    before July 26, 2024.

4.  All parties shall disclose rebuttal experts on or before August 30, 2024.

5.  Discovery shall close on December 6, 2024.

6.  All Discovery motions filed on or before November 22, 2024.

7.  All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before January 24, 2025.

8.  An attorney conference shall be held to discuss preparation of the final pretrial order on or before February 14, 2025.

9.  The proposed final pretrial order shall be due on or before March 3, 2025.

10. Final Pretrial Conference on: March 6, 2025 at 11:00 a.m.

11. Trial briefs and jury instructions due: March 11, 2025

12. Trial: March 18, 2025 at 9:00 a.m. at the Federal Courthouse in Butte, MT.


DATED this 17th day of January, 2024.


_____
Brian Morris, Chief District Judge
United States District Court