# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation,<br><br>                  Plaintiffs,<br>v.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware Corporation,<br><br>                  Defendant. | Cause No. 2:21-cv-71-BMM<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINES** |

Based on the parties' joint motion to modify the scheduling order, and good cause appearing, IT IS ORDERED that the scheduling order is hereby modified as follows:

| | |
|---|---|
| Liability Experts Disclosure | Oct. 11, 2024 |
| Plaintiff Damages Experts | Sept. 13, 2024 |
| Defendant Damages Experts | Oct. 11, 2024 |
| Rebuttal Experts | Nov. 8, 2024 |
| Close of Discovery | Jan. 31, 2025 |
| Discovery Motions | Jan. 31, 2025 |
| Pretrial Motions (other than discovery) | Mar. 7, 2025 |

| Attorney Conference to discuss the final pretrial order on or before | Apr. 1, 2025 |
|---|---|
| Proposed Final Pretrial Order due to the Court | Apr. 18, 2025 |
| Final Pretrial Conference | Apr. 24, 2025, at 11:00 a.m. Federal Courthouse, Butte, MT |
| Trial Briefs and Jury Instructions | Apr. 22, 2025 |
| Trial | Apr. 28, 2025, at 9:00 a.m., Federal Courthouse, Butte, MT |

All other provisions of the Court's Scheduling Order, (Doc. 34) remain in full force and effect.

DATED this 27th day of June, 2024.

_____
Brian Morris, Chief District Judge
United State District Court