# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation, | Cause No. 2:21-cv-71-BMM <br><br> **ORDER GRANTING UNOPPOSED MOTION TO FILE BRIEF IN SUPPORT OF MOTIONS IN LIMINE UNDER SEAL AND REDACTED** |
| Plaintiffs, | |
| v. | |
| KAMAN AEROSPACE CORPORATION, a Delaware Corporation, | |
| Defendant. | |

Upon Plaintiffs' motion to file its briefing in support of Motions in Limine and accompanying exhibits under seal, and as a redacted version for public view, and good cause appearing:

**IT IS HEREBY ORDERED** that:

1.     Plaintiff is granted leave to file its briefing in support of its Motions in Limine and accompanying exhibits **under seal**; and

2.     Plaintiff is granted leave to file a redacted version of the briefing in support of its Motions in Limine and accompanying exhibits for public view.

DATED this 21st day of February 2025.

Brian Morris, Chief District Judge
United States District Courts