# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC. a Montana corporation, <br><br> Plaintiffs, <br><br> v. <br><br> KAMAN AEROSPACE CORPORATION, a Delaware corporation, <br><br> Defendant. | CV 21-71-BU-BMM <br><br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

Before the Court is Defendant's unopposed motion for leave to file under seal.

IT IS HEREBY ORDERED that Defendant may file under seal, with redacted versions for public view, Motion *in limine* No. 9; Memoranda in support of Motions *in limine* Nos. 1, 2, 3, 4, 5, 6, 7, and 9; and Exhibits attached to Motions *in limine* Nos. 1, 2, 3, 4, 5, 6, 7, and 9.

DATED this 21st day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Courts