IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware Corporation<br><br>        Defendants. | No. 2:21-CV-71-BMM<br><br>ORDER |

**INTRODUCTION**

Defendant Kaman submitted a motion for clarification regarding the Court's order on admissibility of the Black Tusk TSB Investigation Report ("the Report") (Doc. 234). (Doc. 237.) The Court seeks to clarify the previous order and the matter

1

in which evidence is presented before trial. The Court reserves ruling until trial on any matter not discussed in the order.

## DISCUSSION

The Court's order on April 21, 2025, (Doc. 234) excluded sections 2.0 and 3.0 of the Report. (*See* Doc. 234.) Kaman seeks clarification on the exclusion of other parts of the Report that refer to causation of the Black Tusk Crash or sections 2.0 and 3.0. (Doc. 237.) The Court will exclude the portions of the Report that refer to causation portions of the Report, specifically: (1) in the executive summary on pages 5–6; (2) in section 1.18.1 on page 44; and (3) Appendix B on page 57.

Accordingly, **it is ORDERED** that:

1. The Black Tusk TSB Investigation Report will be redacted as outlined above, in accordance with Kaman's proposed redaction (Doc 237-2).

**DATED** this 22nd day of April, 2025

_____
Brian Morris, Chief District Judge
United States District Court