# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation, <br><br>             Plaintiffs, <br><br>    v. <br><br> KAMAN AEROSPACE CORPORATION, a Delaware Corporation <br><br>             Defendants. | No. 2:21-CV-71-BMM <br><br> **ORDER** |

IT IS HEREBY ORDERED that the following exhibits were admitted into evidence at the Final Pretrial Conference on Friday, April 18, 2025:

Plaintiffs' exhibits: 66, 67, 68, 69, 75, 79, 80, 81, 83, 84, 88, 92, 93, 94, 95, 99, 100, 110, 111, 112, 113, 114, 117, 118, 119, 121, 131, 142, 143, 148, 149, 153, 157, 158, 175, 183, 185, 186, 189, 192, 193, 194, 199, 200, 201, 203, 204, 214, 217, 229, 234, 245, 246, 247, 250, 251, 254-261, 264, 265,

266, 269, 283-286, 400, 401, 402, 421, 437, 444, 453, 459, 461, 462, 463, 466, 468, 471, 472, 475-480, 486, 487, 494, 503-506, 507-529, 539.

Deposition exhibits: 10, 11, 13, 14 15 16 17 18, 25-30, 33-35, 39-41, 46, 122, 136, 273.

Defendant's exhibits: 718, 725, 726, 728, 733, 735, 745, 746, 747, 748, 755, 767, 768-771, 773, 775, 776.

DATED this 24th day of April 2025.

_____
Brian Morris, Chief District Judge
United States District Courts