Kellie G. Sironi
GASTON LAW FIRM
Attorney at Law
P.O. Box 21571
Billings, MT 59104
Telephone: (406) 860-9476
Fax: (406) 254-9899
ksironi@sironilaw.com

Calvin J. Stacey
STACEY & FUNYAK
P.O. Box 1139
Billings, Montana 59103-1139
Telephone: (406) 259-4545
Fax: (406) 259-4540
cstacey@staceyfunyak.com

Matthew B. Hayhurst
Tyler M. Stockton
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Fax: (406) 549-6804
mhayhurst@boonekarlberg.com
tstockton@boonekarlberg.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation,<br><br>                Plaintiffs,<br>v. | Cause No. 2:21-cv-71-BMM<br><br>**NOTICE OF OFFER OF ENTRY OF JUDGMENT (Estate Claims)**<br><br>**AND**<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF ENTRY OF JUDGMENT (Estate Claims)** |

| KAMAN AEROSPACE CORPORATION, a Delaware Corporation,<br><br>                          Defendant. |
|---|

Pursuant to Rule 68(a), Robyn Duffy, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and Mark Duffy and Pam Duffy, the parents of Thomas Duffy (the "Estate"), provides notice that the Estate has accepted the Offer of Entry of Judgment (Estate Claims) for $8,000,000.00 made by Defendant Aerospace Corporation.

A copy of the Offer of Entry of Judgment (Estate Claims) is attached as **Exhibit A**. A copy of the Notice of Acceptance of Offer of Judgment (Estate Claims), along with proof of service, is attached as **Exhibit B**.

Dated: April 24, 2025

                                                          BOONE KARLBERG P.C.

                                                          */s/ Matthew B. Hayhurst*
                                                          Matthew B. Hayhurst
                                                          Tyler M. Stockton

                                                          Kellie G. Sironi (SIRONI LAW FIRM)
                                                          Calvin J. Stacey (STACEY & FUNYAK)
                                                          *Attorneys for Plaintiffs*

# EXHIBIT A

Williams Law Firm, P.C.
Mark S. Williams, Esq.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350
mark@wmslaw.com
wlfmail@wmslaw.com

Kevin M. Smith, Esq. (*Pro Hac Vice*)
Robyn E. Gallagher, Esq. (*Pro Hac Vice*)
Colleen Kozikowski, Esq. (*Pro Hac Vice*)
Wiggin and Dana LLP
265 Church Street
New Haven, CT  06510
(203) 498-4579
(475) 201-2125
ksmith@wiggin.com
rgallagher@wiggin.com
ckozikowski@wiggin.com
*Attorneys for Defendant*
*Kaman Aerospace Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC. a Montana corporation,<br><br>    Plaintiffs, | CV 21-71-BU-BMM<br><br><br><br>**OFFER OF ENTRY OF JUDGMENT**<br>**(Estate Claims)** |

|   |
|---|
| -vs- |
| KAMAN AEROSPACE CORPORATION, a Delaware corporation, |
| Defendant. |

TO: Plaintiffs ROBYN DUFFY, individually as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, as the parents of Thomas Duffy and their Attorneys:

Defendant Kaman Aerospace Corporation, by and through counsel of record, hereby offers to allow judgment to be entered against it on all of the Estate claims, including all claims of wrongful death and survivorship made by the Estate and all heirs and relations of Thomas Duffy, including Robyn, her children, and Mark and Pam Duffy, in the above-entitled cause in the amount of $8,000,000.00, with recoverable costs now accrued, each party to pay their own costs and attorney fees.

This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed to be withdrawn unless accepted within fourteen (14) days after the date of this offer. Said offer of entry of judgment constitutes no admission of liability, and "[e]vidence of an unaccepted offer is not admissible except in a proceeding to determine costs." Fed R. Civ. P. 68(b). Should this offer not be accepted, notice is hereby given that Defendant will seek costs allowed by law. Fed. R. Civ. P. 68(d).

DATED this   11th   day of April, 2025.

        */s/  Mark S. Williams*
        Mark S. Williams
        Williams Law Firm, P.C.

        Kevin M. Smith, *pro hac vice*
        Robyn Gallagher, *pro hac vice*
        Colleen Kozikowski, *pro hac vice*
        Wiggin and Dana LLP
        265 Church Street
        New Haven, CT  06510
        (203) 498-4579
        (475) 201-2125
        ksmith@wiggin.com
        rgallagher@wiggin.com
        ckozikowski@wiggin.com

        *Attorneys for Kaman Aerospace Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2025, a copy of the foregoing was served upon the following by CM/ECF, U.S. Mail, Express Mail, E-Mail, Hand-Delivery, Fax, or Federal Express:

| | |
|---|---|
| Kellie G. Sironi, Esq.<br>Attorney at Law<br>P.O. Box 21571<br>Billings, MT 59104-1471<br>(406) 860-9476<br>ksironi@sironilaw.com | [ ] U.S. Mail<br>[X] E-Mail<br>[ ] Hand-Delivery<br>[ ] Fax<br>[ ] Federal Express |
| Calvin J. Stacey, Esq.<br>Stacey & Funyak<br>P.O. Box 1139<br>Billings, MT 59103-1139<br>(406) 259-4545<br>cstacey@staceyfunyak.com | [ ] U.S. Mail<br>[X] E-Mail<br>[ ] Hand-Delivery<br>[ ] Fax<br>[ ] Federal Express |
| Matthew B. Hayhurst, Esq.<br>Boone Karlberg, P.C.<br>P.O. Box 9199<br>Missoula, MT 59807<br>(406) 543-6646<br>mhayhurst@boonekarlberg.com<br>*Attorneys for Plaintiffs* | [ ] U.S. Mail<br>[X] E-Mail<br>[ ] Hand-Delivery<br>[ ] Fax<br>[ ] Federal Express |

    */s/ Hilde Creek*
    *Hilde Creek*
    *Williams Law Firm, PC*

4

# EXHIBIT B

Kellie G. Sironi
GASTON LAW FIRM
Attorney at Law
P.O. Box 21571
Billings, MT 59104
Telephone: (406) 860-9476
Fax: (406) 254-9899
ksironi@sironilaw.com

Calvin J. Stacey
STACEY & FUNYAK
P.O. Box 1139
Billings, Montana 59103-1139
Telephone: (406) 259-4545
Fax: (406) 259-4540
cstacey@staceyfunyak.com

Matthew B. Hayhurst
Tyler M. Stockton
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Fax: (406) 549-6804
mhayhurst@boonekarlberg.com
tstockton@boonekarlberg.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation,<br><br>                    Plaintiffs,<br>v. | Cause No. 2:21-cv-71-BMM<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT (Estate Claims)** |

KAMAN AEROSPACE CORPORATION, a Delaware Corporation,

                    Defendant.

Pursuant to Rule 68(a), Robyn Duffy, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and Mark Duffy and Pam Duffy, the parents of Thomas Duffy (the "Estate"), provides notice that the Estate accepts the Offer of Entry of Judgment (Estate Claims) for $8,000,000.00 made by Defendant Aerospace Corporation on April 11, 2025.

Dated: April 24, 2025

                                            BOONE KARLBERG P.C.

                                            */s/ Matthew B. Hayhurst*
                                            Matthew B. Hayhurst
                                            Tyler M. Stockton

                                            Kellie G. Sironi (SIRONI LAW FIRM)
                                            Calvin J. Stacey (STACEY & FUNYAK)
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served on the following persons by the following means:

|  |  |  |
|---|---|---|
| _____ | CM/ECF | Mark Williams |
| _____ | Hand Delivery | WILLIAMS LAW FIRM |
| _____ | Mail | PO Box 9440 |
| _____ | Fax | Missoula, MT 59807-9440 |
| __x__ | Email | mark@wmslaw.com |

|  |  |  |
|---|---|---|
| _____ | CM/ECF | Kevin Smith |
| _____ | Hand Delivery | Robyn Gallagher |
| _____ | Mail | Colleen Kozikowski |
| _____ | Fax | WIGGIN AND DANA LLP |
| __x__ | Email | New Haven, CT 06510 |
|  |  | ksmith@wiggin.com |
|  |  | rgallagher@wiggin.com |
|  |  | ckozikowski@wiggin.com |
|  |  | *Attorneys for Defendant* |

DATED: April 24, 2025

BOONE KARLBERG P.C.

_____
Rita Agin, Paralegal
ragin@boonekarlberg.com

3