IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware Corporation,<br><br>        Defendants. | No. 2:21-CV-71-BMM<br><br>JUDGMENT |

    IT IS HEREBY ORDERED that pursuant to the Notice of Offer of Entry of Judgment (Estate Claims) and Notice of Acceptance of Offer of Entry of Judgment (Estate Claims) (Doc. 267) filed on April 24, 2025, judgment is entered in favor of Robyn Duffy, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas

1

Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and Mark Duffy and Pam Duffy, the parents of Thomas Duffy and against Defendant Kaman Aerospace Corporation in the amount of Eight Million and No/100 Dollars ($8,000,000), with each party to pay their own costs and attorney fees. Judgment covers all claims of wrongful death and survivorship made by the Estate and all heirs and relations of Thomas Duffy as listed above.

      **DATED** this 25th day of April 2025.

_____
Brian Morris, Chief District Judge
United States District Courts