**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

MAY 08 2025

Clerk, U.S. Courts
District of Montana
Helena Division

| | |
|---|---|
| CENTRAL COPTERS, INC., a Montana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware Corporation,<br><br>Defendant. | **CV 21-71-BU-BMM**<br><br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled case, find the following special verdict on the

questions submitted to us.

**QUESTION NO. 1:** Was the servo flap of the K-MAX helicopter that crashed on August 24, 2020, in a defective condition because of a manufacturing defect?

Yes _8_ No _0_

*Please proceed to Question No. 2.*

**QUESTION NO. 2:** Was the servo flap of the K-MAX helicopter that crashed on August 24, 2020, in a defective condition because of its design?

Yes _0_ No _8_

*Please proceed to Question No. 3.*

**QUESTION NO. 3:** Was the servo flap of the K-MAX helicopter that crashed on August 24, 2020, in a defective condition because of a failure to adequately warn?

Yes _O_ No _8_

*If your answer is "Yes" to either Question Nos. 1, 2, or 3, please proceed to Question No. 4. If your answer is "No" to all of the questions above, skip to Question 5.*

**QUESTION NO. 4:** Was a defect in the manufacture or design or warnings of the servo flap of the K-MAX helicopter a cause of the crash and Plaintiff's damages?

Yes _8_ No _O_

*Please proceed to Question No. 5.*

**QUESTION NO. 5:** Was Defendant negligent with respect to the K-MAX helicopter that crashed on August 24, 2020?

Yes _8_ No _O_

*If your answer is "Yes" to Question No. 5, please proceed to Question No. 6. If your answer is "No" to Question 5, skip to Question No. 7.*

**QUESTION NO. 6:** Was Defendant's negligence a cause of the crash and Plaintiff's damages?

Yes _8_ No _O_

**QUESTION NO. 7:**

*If you answered "Yes" to either Question Nos. 4 or 6, please answer the questions below. Otherwise, please sign the verdict form and notify the bailiff.*

## DAMAGES

What are the damages for the following losses:

- Value of destroyed helicopter (N314) $ _6,000,000_

- Loss value of other K-MAX helicopters $ _6,000,000_

- Lost earnings and profits to date $ _4,000,000_

- Lost business earnings and profits in the future $ _6,000,000_

- Expense for Blackhawk conversion $ _∅_

## PUNITIVE DAMAGES

**QUESTION NO. 8:** Do you find by clear and convincing evidence that Defendant acted with fraud or malice?

Yes _0_ No _8_

**PLEASE SIGN AND DATE THE SPECIAL VERDICT FORM AND INFORM THE BAILIFF THAT YOU HAVE REACHED YOUR VERDICT.**

███████████████

Jury Foreperson

Date: _5-8-25_