UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CENTRAL COPTERS, INC. a Montana Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware Corporation,<br><br>              Defendant. | Case No. CV-21-71-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED In accordance with the Verdict Form rendered on May 8th, 2025, (Doc. 327), Judgment is entered as follows: **Question No 1:** Was the servo flap of the K-MAX helicopter that crashed on August 24, 2020, in a defective condition because of a manufacturing defect? YES.
**Question No. 4:** Was a defect in the manufacture or design or warnings of the servo flap of the K-MAX helicopter a cause of the crash and plaintiff's damages? YES. **Question No. 5**: Was Defendant negligent with respect to the K-MAX helicopter that crashed on August 24, 2020? YES.
**Question No 6:** Was Defendant's negligence a cause of the crash and Plaintiff's damages? YES.

What are the damages for the following losses:

- Value of destroyed helicopter (N314) $ 6,000,000.00

- Value of destroyed helicopter (N314) $ 6,000,000.00

- Value of destroyed helicopter (N314) $ 4,000,000.00

- Lost business earnings and profits in the future $6,000,000.00

- Expense for Blackhawk conversion $0

Dated this 8th day of May, 2025

                TYLER P. GILMAN, CLERK

                By:   /s/ Heidi Gauthier
                          Deputy Clerk