## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| ROBYN DUFFY, individually and as Personal Representative of the Estate of Thomas Duffy, on behalf of the Estate of Thomas Duffy and the Heirs of Thomas Duffy, C.D., S.D., and M.D., the minor children of Robyn and Thomas Duffy, and MARK DUFFY and PAM DUFFY, the parents of Thomas Duffy; and CENTRAL COPTERS, INC., a Montana corporation, | Cause No. 2:21-cv-71-BMM |

                                        Plaintiffs,

v.

KAMAN AEROSPACE
CORPORATION, a Delaware
Corporation,

                                        Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR COURT ORDER RULING DEFENDANT'S RULE 50(a) MOTION IS MOOT AND REPLACED BY RULE 50(b) MOTION**

Upon Plaintiffs' Unopposed motion for order, and good cause appearing:

**IT IS HEREBY ORDERED** that Pursuant to Fed. R. Civ. Pro. 50:

1) the Defendant's Rule 50 Motion, filed under Rule 50(a) (Docs 316/317), is moot and replaced by Defendant's Rule 50 Motion, filed under Rule 50(b) (Docs. 349/350);

2) Central Copters no longer needs to respond to the Defendant's Rule 50 Motion filed under Rule 50(a) (Docs. 316/317), and

3) Central Copters may respond to Defendant's Rule 50 Motion filed under Rule 50(b) according to the time set for responding to such motion as filed on June 5, 2025.

DATED this 11th day of June 2025.


_____
Brian Morris, Chief District Judge
United States District Courts