**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| CENTRAL COPTERS, INC., a Montana corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>KAMAN AEROSPACE CORPORATION, a Delaware corporation,<br><br>Defendant. | **CV 21-71-BU-BMM**<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REDUCTION OF SUPERSEDEAS BOND** |

Defendant Kaman Aerospace Corporation ("Kaman"), by and through undersigned counsel, having filed its Unopposed Motion For Reduction of Supersedeas Bond, and the Plaintiff having no objection thereto, the Court finds that good cause exists therefore.

IT IS THEREFORE ORDERED that:

1. the maximum penal sum of Supersedeas Bond No. 108224468 (Doc. 402) shall be reduced from $34,142,380.76 to $27,867,536.22, effective on entry of this order;

2. the stay of execution entered on December 4, 2025 (Doc. 398) remains in full force as to the unpaid balance of the judgment pending appeal; and

3. Kaman shall file, within 14 days, a rider to the bond executed by Kaman and Travelers Casualty and Surety Company of America reflecting the reduced penal sum.

Brian Morris, Chief District Judge
United States District Courts